IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PAUL DEWAYNE THIBODEAUX,** **#1539087,** | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. **3:19-CV-541-L** |
| **LORIE DAVIS, Director** **Texas Department of Criminal Justice,** **Correctional Institutions Division,** | § § § § § | |
| Respondent. | § | |

## ORDER

On March 6, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 4) was entered, recommending that Petitioner's habeas petition be construed as successive and transferred to the United States Court of Appeals for the Fifth Circuit. On March 19, 2019, the court received and docketed Petitioner's objections to the Report in which he appears to argue the merits of his prior conviction(s). On the same date, he filed a Motion for Appointment of Counsel (Doc. 7) that also includes a request to proceed *in forma pauperis* ("IFP"). As Petitioner did not await the court's ruling on the Report or his objections before filing an interlocutory notice of appeal, the court construes his motion as one for appointment of counsel and request to proceed IFP on appeal. On April 12, 2019, the Fifth Circuit dismissed for lack of jurisdiction the interlocutory appeal. The court, therefore, **denies without prejudice** as premature the relief requested in Petitioner's Motion for Appointment of Counsel (Doc. 7) on appeal.

Further, when a petition is deemed successive, the district court lacks subject matter jurisdiction unless a panel of the Fifth Circuit allows the successive petition to proceed. After

**Order – Page 1**

reviewing the pleadings, file, record in this case, and Report, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **overrules** Petitioner's objections. Accordingly, the court **directs** the clerk of the court to **transfer** the successive habeas petition in this case to the Fifth Circuit for determination of whether it should be allowed to proceed.

**It is so ordered** this 22nd day of May, 2019.

Sam A. Lindsay
United States District Judge